IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRUCE M. WILLIAMS,**

    **Plaintiff,**

**v.**                                   Case No. 1:16cv325-MW/GRJ

**CAPELLA UNIVERSITY,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 7, is **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on January 11, 2017.**

                                           s/Mark E. Walker      
                                           **United States District Judge**