IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRUCE M. WILLIAMS,**

    **Plaintiff,**

v.                                          Case No. 1:16cv325-MW/GRJ

**CAPELLA UNIVERSITY,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 7, is **DISMISSED with prejudice**." The Clerk shall close the file.

**SO ORDERED on February 21, 2017.**

                                                 **s/Mark E. Walker             **
                                                 **United States District Judge**